UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – READING DIVISION

| | |
|---|---|
| In Re:<br><br>Stephen Theodore Felix,<br>Jennifer Lynn Felix,<br><br>    Debtors. | ) Case No.: 18-17631-pmm<br>)<br>) CHAPTER 13<br>)<br>)<br>) REQUEST FOR NOTICE<br>)<br>)<br>) |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

///

///

1
2  SNSC requests that for all notice purposes and for inclusion in the Master Mailing List
3 in this case, the following address be used:

4 **PHYSICAL ADDRESS:**     **EMAIL ADDRESS:**

5 SN Servicing Corporation     BKNotices@snsc.com
323 5th Street
6 Eureka, CA 95501

7
Dated: July 1, 2020     By: /s/ Kathy Watson
8              Kathy Watson
             c/o SN Servicing Corporation
9              Bankruptcy Asset Manager
             323 5th Street
10              Eureka, CA 95501
             800-603-0836
11              BKNotices@snservicing.com

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**
REQUEST FOR NOTICE

**CERTIFICATE OF SERVICE**

On July 1, 2020, I served the foregoing documents described as Request for Notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
ZACHARY ZAWARSKI           zzawarski@zawarskilaw.com

TRUSTEE
SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com

COUNSEL FOR TRUSTEE
ROLANDO RAMOS-CARDONA              ecfmail@readingch13.com

US TRUSTEE
US Trustee      USTPRegion03.PH.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On July 1, 2020, I served the foregoing documents described as Request for Notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtors<br>Stephen Theodore Felix<br>385 S. Oak Street<br>Freemansburg, PA 18017<br><br>Jennifer Lynn Felix<br>385 S. Oak Street<br>Freemansburg, PA 18017 | |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll