United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-17631-pmm
Stephen Theodore Felix                                                 Chapter 13
Jennifer Lynn Felix
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett         Page 1 of 1              Date Rcvd: Jul 06, 2020
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
14261286        +U.S. Bank National Association,   Nationstar Mortgage LLC d/b/a Mr. Cooper,
                  ATTN: Bankruptcy Dept,   PO Box 619096,   Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON et.al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association et als
               cdigianantonio@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association et al...
               cdigianantonio@rascrane.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY  ZAWARSKI    on behalf of Joint Debtor Jennifer Lynn Felix zzawarski@zawarskilaw.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Stephen Theodore Felix zzawarski@zawarskilaw.com
                                                                                             TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-17631-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Stephen Theodore Felix<br>385 S. Oak Street<br>Freemansburg PA 18017 | Jennifer Lynn Felix<br>385 S. Oak Street<br>Freemansburg PA 18017 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/01/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 | U.S. Bank Trust National Association, as Trustee of the FW Series I Trust<br>SN Servicing Corporation<br>323 5th Street<br>Eureka CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/08/20

Tim McGrath
**CLERK OF THE COURT**