| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-17631-PMM

STEPHEN THEODORE FELIX  
JENNIFER LYNN FELIX  
385 S OAK STREET  
FREEMANSBURG  PA    18017

Petition Filed Date: 11/15/2018  
341 Hearing Date: 01/29/2019  
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $200.00 | | 02/14/2019 | $200.00 | | 03/11/2019 | $200.00 | |
| 04/12/2019 | $200.00 | | 05/14/2019 | $480.00 | | 06/12/2019 | $480.00 | |
| 07/12/2019 | $480.00 | | 08/15/2019 | $480.00 | | 09/13/2019 | $480.00 | |
| 10/11/2019 | $480.00 | 6246012000 | 11/14/2019 | $480.00 | 6323519000 | 12/11/2019 | $480.00 | 6393800000 |
| 01/13/2020 | $480.00 | 6473067000 | 02/13/2020 | $480.00 | 6556779000 | 03/13/2020 | $480.00 | 6635514000 |
| 04/10/2020 | $480.00 | 6701685000 | 05/14/2020 | $480.00 | 6787408000 | 06/12/2020 | $480.00 | 6858901000 |
| 07/13/2020 | $480.00 | 6934042000 | | | | | | |

**Total Receipts for the Period: $8,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BANK OF AMERICA  N.A.<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $1,240.06 | $0.00 | $1,240.06 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $29,161.91 | $91.27 | $29,070.64 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $16,774.51 | $52.50 | $16,722.01 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $20,030.80 | $62.69 | $19,968.11 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $10,217.71 | $31.98 | $10,185.73 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $25,305.44 | $79.20 | $25,226.24 |
| 8 | SN SERVICING CORPORATION<br>»» 008 | Mortgage Arrears | $1,272.06 | $1,272.06 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,459.54 | $0.00 | $1,459.54 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $770.47 | $0.00 | $770.47 |
| 3 | PSECU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US BANK NA<br>»» 010 | Unsecured Creditors | $13,752.88 | $43.04 | $13,709.84 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | WELLS FARGO<br>»» 002 | Secured Creditors | $3,265.33 | $3,265.33 | $0.00 |
| 15 | ZACHARY ZAWARSKI ESQ<br>»» 015 | Attorney Fees | $2,100.50 | $2,100.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,200.00 | Current Monthly Payment: | $480.00 |
| Paid to Claims: | $6,998.57 | Arrearages: | $0.00 |
| Paid to Trustee: | $758.56 | Total Plan Base: | $27,400.00 |
| Funds on Hand: | $442.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.