**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen Theodore Felix          CHAPTER 13
        Jennifer Lynn Felix

           <u>Debtor(s)</u>          BKY. NO. 18-17631 PMM

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-Q and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Rebecca Solarz*
                          Rebecca Solarz
                          02 Dec 2020, 17:06:34, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322