| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17631-PMM**

STEPHEN THEODORE  FELIX
JENNIFER LYNN  FELIX
385 S OAK STREET
FREEMANSBURG  PA    18017

Petition Filed Date: 11/15/2018
341 Hearing Date: 01/29/2019
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $480.00 | 6473067000 | 02/13/2020 | $480.00 | 6556779000 | 03/13/2020 | $480.00 | 6635514000 |
| 04/10/2020 | $480.00 | 6701685000 | 05/14/2020 | $480.00 | 6787408000 | 06/12/2020 | $480.00 | 6858901000 |
| 07/13/2020 | $480.00 | 6934042000 | 08/13/2020 | $480.00 | 7008072000 | 09/09/2020 | $480.00 | 7072824000 |
| 10/14/2020 | $480.00 | 7155801000 | 11/13/2020 | $480.00 | 7229397000 | 12/14/2020 | $480.00 | 7305812000 |
| 01/11/2021 | $480.00 | 7364790000 | 02/10/2021 | $480.00 | 7442075000 | 03/15/2021 | $480.00 | 7517692000 |
| 04/05/2021 | $480.00 | 7576407000 | 05/07/2021 | $480.00 | 7650037000 | 06/04/2021 | $480.00 | 7716371000 |

**Total Receipts for the Period: $8,640.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,480.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BANK OF AMERICA  N.A.<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $1,240.06 | $36.05 | $1,204.01 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $29,161.91 | $1,177.26 | $27,984.65 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $16,774.51 | $677.19 | $16,097.32 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $20,030.80 | $808.61 | $19,222.19 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $10,217.71 | $412.46 | $9,805.25 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $25,305.44 | $1,021.56 | $24,283.88 |
| 8 | SN SERVICING CORPORATION<br>»» 008 | Mortgage Arrears | $1,272.06 | $1,272.06 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,459.54 | $47.95 | $1,411.59 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $770.47 | $16.61 | $753.86 |
| 3 | PSECU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US BANK NA<br>»» 010 | Unsecured Creditors | $13,752.88 | $555.20 | $13,197.68 |
| 2 | WELLS FARGO<br>»» 002 | Secured Creditors | $3,265.33 | $3,265.33 | $0.00 |

**Chapter 13 Case No. 18-17631-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | ZACHARY ZAWARSKI ESQ<br>»» 015 | Attorney Fees | $2,100.50 | $2,100.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,480.00 | Current Monthly Payment: | $480.00 |
| Paid to Claims: | $11,390.78 | Arrearages: | ($480.00) |
| Paid to Trustee: | $1,185.76 | Total Plan Base: | $27,400.00 |
| Funds on Hand: | $903.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.