UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 18-17631-pmm |
| | CHAPTER: 13 |
| Stephen Theodore Felix and Jennifer Lynn Felix, | |
| | **NOTICE OF APPEARANCE** |
| Debtor. | |
| | HON. JUDGE: |
| | Patricia M. Mayer |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation as servicer for
> U.S. Bank Trust National Association, as Trustee of the
> FW Series I Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a

District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: Garden City, NY
       August 01, 2022

                                                         By: /s/ Lauren M Moyer
                                                       Lauren M Moyer, Esq.
                                                       FRIEDMAN VARTOLO, LLP
                                                       Attorneys for SN Servicing Corporation as servicer for
                                                       U.S. Bank Trust National Association, as Trustee of the
                                                       FW Series I Trust
                                                       1325 Franklin Avenue, Suite 160
                                                       Garden City, NY 11530
                                                       T: (212) 471-5100
                                                       F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 18-17631-pmm |
| | CHAPTER: 13 |
| Stephen Theodore Felix and Jennifer Lynn Felix, | |
| | **NOTICE OF APPEARANCE** |
| Debtor. | |
| | HON. JUDGE: |
| | Patricia M. Mayer |

------------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

     I, Lauren M Moyer, certify that on August 01, 2022, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Lauren M Moyer
Lauren M Moyer, Esq.
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as
Trustee of the FW Series I Trust, its successor and
assigns
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

**SERVICE LIST**

Stephen Theodore Felix
385 S. Oak Street
Freemansburg, PA 18017
***Debtor***

Jennifer Lynn Felix
385 S. Oak Street
Freemansburg, PA 18017
***Joint Debtor***

ZACHARY ZAWARSKI
The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017
***Debtor's Attorney***

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
***Trustee***

ROLANDO RAMOS-CARDONA
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606-4010
***Trustee's Attorney***

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
***U.S. Trustee***