Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-17631-PMM**

STEPHEN THEODORE  FELIX
JENNIFER LYNN  FELIX
385 S OAK STREET
FREEMANSBURG  PA    18017

Petition Filed Date: 11/15/2018
341 Hearing Date: 01/29/2019
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 04/05/2021 | $480.00 | 7576407000 | 05/07/2021 | $480.00 | 7650037000 | 06/04/2021 | $480.00 | 7716371000 |
| 07/07/2021 | $480.00 | 7792049000 | 08/09/2021 | $480.00 | 7862342000 | 09/15/2021 | $480.00 | 7932579000 |
| 10/07/2021 | $480.00 | 7997965000 | 11/08/2021 | $480.00 | 8067902000 | 12/06/2021 | $480.00 | 8130439000 |
| 01/10/2022 | $480.00 | 8195182000 | 02/07/2022 | $480.00 | 8255278000 | 03/09/2022 | $480.00 | 8328562000 |
| 04/07/2022 | $480.00 | 8390051000 | 05/09/2022 | $480.00 | 8453874000 | 06/10/2022 | $480.00 | 8518814000 |
| 07/06/2022 | $480.00 | 8566257000 | | | | | | |

**Total Receipts for the Period:  $7,680.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 9 | BANK OF AMERICA  N.A. »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BECKET & LEE, LLP »» 004 | Unsecured Creditors | $1,240.06 | $109.46 | $1,130.60 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $29,161.91 | $2,684.19 | $26,477.72 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $16,774.51 | $1,544.00 | $15,230.51 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $20,030.80 | $1,843.67 | $18,187.13 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $10,217.71 | $940.45 | $9,277.26 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $25,305.44 | $2,329.19 | $22,976.25 |
| 8 | SN SERVICING CORPORATION »» 008 | Mortgage Arrears | $1,272.06 | $1,272.06 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,459.54 | $128.92 | $1,330.62 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $770.47 | $68.07 | $702.40 |
| 3 | PSECU »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US BANK NA »» 010 | Unsecured Creditors | $13,752.88 | $1,265.89 | $12,486.99 |
| 2 | WELLS FARGO »» 002 | Secured Creditors | $3,265.33 | $3,265.33 | $0.00 |

**Chapter 13 Case No. 18-17631-PMM**

| 15 | ZACHARY ZAWARSKI ESQ<br>»» 015 | Attorney Fees | $2,100.50 | $2,100.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,720.00 | Current Monthly Payment: | $480.00 |
| Paid to Claims: | $17,551.73 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,713.76 | Total Plan Base: | $27,400.00 |
| Funds on Hand: | $454.51 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.