## IN THE UNITED STATES BANKRUPTCY COURT FOR
EASTERN            DISTRICT OF PENNSYLVANIA
READING            DIVISION

In re

STEPHEN THEODORE FELIX

JENNIFER LYNN FELIX

                                    Debtors.

In Chapter  13  Proceeding

Case No.  18-17631

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 11/16/2018  Docket Number 10 .

Dated:  This  10  th day of  July  , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## __Certificate of Service__

I hereby certify that a copy of the foregoing was served electronically to the following parties:

ZACHARY ZAWARSKI
Attorney

WILLIAM MILLERR
Chapter 13  Trustee


Dated:  This 10 th day of July , 2023


By:    /s/Valerie Smith_____

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257