| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-17631-PMM

STEPHEN THEODORE FELIX  
JENNIFER LYNN FELIX  
385 S OAK STREET  
FREEMANSBURG PA 18017

Petition Filed Date: 11/15/2018  
341 Hearing Date: 01/29/2019  
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $480.00 | 8631861000 | 09/16/2022 | $480.00 | 8696222000 | 10/07/2022 | $480.00 | 8753642000 |
| 11/16/2022 | $480.00 | 8824581000 | 12/12/2022 | $480.00 | 8878045000 | 01/17/2023 | $480.00 | 8939529000 |
| 02/16/2023 | $480.00 | 8995904000 | 03/16/2023 | $480.00 | 9054016000 | 04/12/2023 | $480.00 | 9105272000 |
| 05/15/2023 | $480.00 | 9168374000 | 06/12/2023 | $480.00 | 9218785000 | 07/10/2023 | $480.00 | 9262768000 |

**Total Receipts for the Period: $5,760.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,960.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BANK OF AMERICA N.A.<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE NA<br>»» 004 | Unsecured Creditors | $1,240.06 | $164.70 | $1,075.36 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $29,161.91 | $3,982.41 | $25,179.50 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $16,774.51 | $2,290.76 | $14,483.75 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $20,030.80 | $2,735.37 | $17,295.43 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $10,217.71 | $1,395.33 | $8,822.38 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $25,305.44 | $3,455.70 | $21,849.74 |
| 8 | SN SERVICING CORPORATION<br>»» 008 | Mortgage Arrears | $1,272.06 | $1,272.06 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,459.54 | $199.33 | $1,260.21 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $770.47 | $105.24 | $665.23 |
| 3 | PSECU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US BANK NA<br>»» 010 | Unsecured Creditors | $13,752.88 | $1,878.14 | $11,874.74 |
| 2 | WELLS FARGO<br>»» 002 | Secured Creditors | $3,265.33 | $3,265.33 | $0.00 |
| 15 | ZACHARY ZAWARSKI ESQ<br>»» 015 | Attorney Fees | $2,100.50 | $2,100.50 | $0.00 |

**Chapter 13 Case No. 18-17631-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $25,960.00 | Current Monthly Payment: | $480.00 |
| Paid to Claims: | $22,844.87 | Arrearages: | ($480.00) |
| Paid to Trustee: | $2,236.96 | Total Plan Base: | $27,400.00 |
| Funds on Hand: | $878.17 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.