Certificate Number: 17572-PAE-DE-037927298

Bankruptcy Case Number: 18-17631



17572-PAE-DE-037927298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2023</u>, at <u>1:25</u> o'clock <u>PM PST</u>, <u>Stephen T Felix</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 9, 2023</u>           By:    <u>/s/Judy Alexander</u>

                                        Name:  <u>Judy Alexander</u>

                                        Title: <u>Counselor</u>