Certificate Number: 17572-PAE-DE-037927299

Bankruptcy Case Number: 18-17631



17572-PAE-DE-037927299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2023, at 1:25 o'clock PM PST, Jennifer L Felix completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 9, 2023          By:   /s/Judy Alexander

                                  Name: Judy Alexander

                                  Title: Counselor