United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen Theodore Felix  
Jennifer Lynn Felix  
    Debtors

Case No. 18-17631-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jan 24, 2024      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Theodore Felix, Jennifer Lynn Felix, 385 S. Oak Street, Freemansburg, PA 18017-7069 |
| 14231539 | + | Renew Financial Group LLC, PO Box 809388, Chicago, IL 60680-9388 |
| 14516936 | + | SN servicing agent for, US Bank Trust National Association, 323 5th Street, Eureka, CA 95501-0305 |
| 14831385 | + | The Bank of New York Mellon, fka The Bank of New York, c/o Marisa Myers Cohen, Esq., 1420 Walnut St., Ste 1501, Phila., PA 19102-4015 |
| 14365169 | + | US Bank National Association, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14231544 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 25 2024 08:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2024 08:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14231530 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2024 08:10:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14260267 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 08:27:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14261045 | + | Email/Text: RASEBN@raslg.com | Jan 25 2024 08:10:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14262401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:58 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14231532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:58 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790040, St. Louis, MO 63179-0040 |
| 14231533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:59 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 14235349 | | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14231534 | + | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14231531 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2024 08:16:55 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14231536 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 25 2024 08:10:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14260504 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-17631-pmm   Doc 60   Filed 01/26/24   Entered 01/27/24 00:33:08   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

|  |  |  | Jan 25 2024 08:16:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14231537 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 25 2024 08:10:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14262159 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 08:16:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14260253 | + | Email/Text: bankruptcynotices@psecu.com | Jan 25 2024 08:11:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14231538 | + | Email/Text: bankruptcynotices@psecu.com | Jan 25 2024 08:11:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14710255 | ^ | MEBN | Jan 25 2024 08:02:14 | SN Servicing Corporation servicer for, US Bank Trust National, c/o Lauren Moyer, Esq., 1325 Franklin Ave, Ste 160, Garden City, NY 11530-1631 |
| 14232862 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 08:16:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14231540 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:58 | Synchrony Bank/Car Care, Po Box 965036, Orlando, FL 32896-5036 |
| 14231541 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:38 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14261494 |  | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2024 08:10:00 | THE BANK OF NEW YORK MELLON ET. AL., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14566767 | ^ | MEBN | Jan 25 2024 08:02:11 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14261888 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 25 2024 08:10:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14231542 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 25 2024 08:10:00 | Toyota Motor Credit Co., Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14261836 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 25 2024 08:10:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14261286 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 25 2024 08:10:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14516533 | ^ | MEBN | Jan 25 2024 08:01:52 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 14231535 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 25 2024 08:10:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14247004 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2024 08:16:24 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14235364 | + | Email/Text: RASEBN@raslg.com | Jan 25 2024 08:10:00 | Wells Fargo Bank, National Assoc, c/o Kevin Buttery, Esq., 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14231543 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2024 08:16:24 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 32

Case 18-17631-pmm    Doc 60    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14830757 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o, McCabe, Weisberg & Conway, LLC, 1420 W |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. jblank@pincuslaw.com mmorris@pincuslaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wells Fargo Bank National Association et als cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wells Fargo Bank National Association et al... cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the FW Series I Trust bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the FW Series I Trust bkecf@friedmanvartolo.com |
| MARISA MYERS COHEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSORINDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIE ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARK A. CRONIN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4  User: admin  Page 4 of 4
Date Rcvd: Jan 24, 2024  Form ID: 138OBJ  Total Noticed: 38

ZACHARY ZAWARSKI
        on behalf of Joint Debtor Jennifer Lynn Felix zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
        on behalf of Debtor Stephen Theodore Felix zzawarski@zawarskilaw.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Stephen Theodore Felix and Jennifer
Lynn Felix

    Debtor(s)

Case No: 18−17631−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/24

56 − 55
Form 138OBJ