United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephen Theodore Felix  
Jennifer Lynn Felix  
    Debtors

Case No. 18-17631-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 16, 2024      Form ID: 3180W      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Theodore Felix, Jennifer Lynn Felix, 385 S. Oak Street, Freemansburg, PA 18017-7069 |
| 14231544 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 17 2024 00:19:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 17 2024 00:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14260267 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2024 00:21:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14261045 | + | Email/Text: RASEBN@raslg.com | Feb 17 2024 00:19:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14262401 | + | EDI: CITICORP | Feb 17 2024 05:14:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14235349 | | EDI: DISCOVER | Feb 17 2024 05:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14260504 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2024 00:21:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14262159 | | EDI: PRA.COM | Feb 17 2024 05:14:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14260253 | + | Email/Text: bankruptcynotices@psecu.com | Feb 17 2024 00:20:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14261494 | | EDI: BANKAMER | Feb 17 2024 05:14:00 | THE BANK OF NEW YORK MELLON ET. AL., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14261888 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 17 2024 00:19:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14261836 | | EDI: USBANKARS.COM | Feb 17 2024 05:14:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14261286 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 17 2024 00:19:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX |

| | | | |
|---|---|---|---|
| 14516533 | ^ MEBN | Feb 17 2024 00:15:52 | 75261-9096<br>U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 14247004 | EDI: WFFC2 | Feb 17 2024 05:14:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW M. LUBIN
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSORINDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIE nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

JEROME B. BLANK
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. jblank@pincuslaw.com  mmorris@pincuslaw.com

KEVIN G. MCDONALD
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
on behalf of Creditor Wells Fargo Bank  National Association et als cdigianantonio@rascrane.com

KEVIN M. BUTTERY
on behalf of Creditor Wells Fargo Bank  National Association et al... cdigianantonio@rascrane.com

LAUREN MOYER
on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the FW Series I Trust bkecf@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the FW Series I Trust bkecf@friedmanvartolo.com

MARISA MYERS COHEN
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSORINDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIE ecfmail@mwc-law.com,

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 3180W | Total Noticed: 17 |

mcohen@mwc-law.com

**MARK A. CRONIN**
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bkgroup@kmllawgroup.com

**ROLANDO RAMOS-CARDONA**
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**ZACHARY ZAWARSKI**
on behalf of Joint Debtor Jennifer Lynn Felix zzawarski@zawarskilaw.com

**ZACHARY ZAWARSKI**
on behalf of Debtor Stephen Theodore Felix zzawarski@zawarskilaw.com

TOTAL: 15

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stephen Theodore Felix<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2829<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer Lynn Felix<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6363<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:   18–17631–pmm | | |

## Order of Discharge                                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen Theodore Felix                                    Jennifer Lynn Felix

2/15/24                                                         **By the court:** Patricia M. Mayer
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**