United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephen Theodore Felix  
Jennifer Lynn Felix  
    Debtors

Case No. 18-17631-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Mar 12, 2024      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Theodore Felix, Jennifer Lynn Felix, 385 S. Oak Street, Freemansburg, PA 18017-7069 |
| 14231539 | + | Renew Financial Group LLC, PO Box 809388, Chicago, IL 60680-9388 |
| 14516936 | + | SN servicing agent for, US Bank Trust National Association, 323 5th Street, Eureka, CA 95501-0305 |
| 14831385 | + | The Bank of New York Mellon, fka The Bank of New York, c/o Marisa Myers Cohen, Esq., 1420 Walnut St., Ste 1501, Phila., PA 19102-4015 |
| 14365169 | + | US Bank National Association, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14231544 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 13 2024 00:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 13 2024 00:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14231530 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2024 00:23:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14260267 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2024 00:33:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14261045 | + | Email/Text: RASEBN@raslg.com | Mar 13 2024 00:23:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14262401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:33:08 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14231532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:33:04 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790040, St. Louis, MO 63179-0040 |
| 14231533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:32:59 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 14235349 | | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14231534 | + | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:23:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14231531 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 00:33:02 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14231536 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2024 00:23:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14260504 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-17631-pmm    Doc 67    Filed 03/14/24    Entered 03/15/24 00:37:09    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 13 2024 00:32:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14231537 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2024 00:23:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14262159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:33:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14260253 | + | Email/Text: bankruptcynotices@psecu.com | Mar 13 2024 00:23:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14231538 | + | Email/Text: bankruptcynotices@psecu.com | Mar 13 2024 00:23:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14710255 | ^ | MEBN | Mar 13 2024 00:22:41 | SN Servicing Corporation servicer for, US Bank Trust National, c/o Lauren Moyer, Esq., 1325 Franklin Ave, Ste 160, Garden City, NY 11530-1631 |
| 14232862 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:33:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14231540 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:33:10 | Synchrony Bank/Car Care, Po Box 965036, Orlando, FL 32896-5036 |
| 14231541 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:33:09 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14261494 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2024 00:23:00 | THE BANK OF NEW YORK MELLON ET. AL., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14566767 | ^ | MEBN | Mar 13 2024 00:22:39 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14261888 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 13 2024 00:23:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14231542 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 13 2024 00:23:00 | Toyota Motor Credit Co., Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14261836 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 13 2024 00:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14261286 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2024 00:23:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14516533 | ^ | MEBN | Mar 13 2024 00:22:31 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 14231535 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 13 2024 00:23:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14247004 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 13 2024 00:33:02 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14235364 | + | Email/Text: RASEBN@raslg.com | Mar 13 2024 00:23:00 | Wells Fargo Bank, National Assoc, c/o Kevin Buttery, Esq., 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14231543 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 13 2024 00:33:05 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14830757 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o, McCabe, Weisberg & Conway, LLC, 1420 W |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2024                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

**Name** — **Email Address**

**ANDREW M. LUBIN**
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSORINDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIE nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

**JEROME B. BLANK**
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. jblank@pincuslaw.com  mmorris@pincuslaw.com

**KEVIN G. MCDONALD**
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com

**KEVIN G. MCDONALD**
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B bkgroup@kmllawgroup.com

**KEVIN M. BUTTERY**
on behalf of Creditor Wells Fargo Bank  National Association et als cdigianantonio@rascrane.com

**KEVIN M. BUTTERY**
on behalf of Creditor Wells Fargo Bank  National Association et al... cdigianantonio@rascrane.com

**LAUREN MOYER**
on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the FW Series I Trust bkecf@friedmanvartolo.com

**LAUREN MOYER**
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the FW Series I Trust bkecf@friedmanvartolo.com

**MARISA MYERS COHEN**
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSORINDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIE ecfmail@mwc-law.com, mcohen@mwc-law.com

**MARK A. CRONIN**
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bkgroup@kmllawgroup.com

**ROLANDO RAMOS-CARDONA**
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 12, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Joint Debtor Jennifer Lynn Felix zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Debtor Stephen Theodore Felix zzawarski@zawarskilaw.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stephen Theodore Felix and Jennifer Lynn Felix

        Debtor(s)                       Case No: 18−17631−pmm

                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/12/24